STATE OF MAINE                          SUPERIOR COURT
PENOBSCOT, SS.                          CIVIL ACTION
                                        DOCKET NO BANSC RE-09-080
                                        WRA - PEN - 10/25/2011

BLAINE OLIVEIRA
And
JENNIFER OLIVEIRA,

        Plaintiff,
            v.                          ORDER
QUEEN CITY REAL ESTATE AND
INSURANCE AGENCY, INC.
And PELL-MULL, LLC,


        Defendant.


        The defendant has filed a separate action for indemnification and or

contribution against Pellscot, LLC and/or Pellscot Development Co. LLC, the entity

that actually performed the work on the roadway that was adjacent to the plaintiffs'

home at the time this cause of action arose. Additionally, the defendant has filed a

supplemental memorandum on the issue of whether there shall be a new trial on the

issue of damages only, or on both liability and damages. The Court decides these issues

as follows:

        1.      The trial shall be on the issues of liability and damages. In this case the

                question of damages is so interwoven with the issue of liability that the

                former cannot be submitted fairly to the jury independently of the

                latter. See 3 Harvey, Maine Civil Practice, § 59:2 at 281-82 (3d ed. 2011).

        2.      The motion to consolidate is denied. Granting this motion could

                potentially delay the trial. More important, it was the Court's intent in

                granting the new trial to place the parties in the same position in which

                they were situated prior to the first trial, and it was not its intent to

provide either party an opportunity to engage in a maneuver to gain additional advantage.

The clerk is directed to incorporate this Order into the docket by reference.

Dated: October 25, 2011

WILLIAM ANDERSON
JUSTICE, SUPERIOR COURT

BLAINE OLIVEIRA  - PLAINTIFF
759 EASTERN AVE
HOLDEN ME 04429
Attorney for: BLAINE OLIVEIRA
ARTHUR GREIF  - RETAINED 04/22/2009
GILBERT & GREIF
82 COLUMBIA ST
PO BOX 2339
BANGOR ME 04402-2339

JENNIFER OLIVEIRA  - PLAINTIFF
759 EASTERN AVE
HOLDEN ME 04429
Attorney for: JENNIFER OLIVEIRA
ARTHUR GREIF  - RETAINED 04/22/2009
GILBERT & GREIF
82 COLUMBIA ST
PO BOX 2339
BANGOR ME 04402-2339


vs
QUEEN CITY REAL ESTATE AND INSURANCE AGENCY I - DEFENDANT
416 HAMMOND ST
BANGOR ME 04401
Attorney for: QUEEN CITY REAL ESTATE AND
INSURANCE AGENCY I
LAWRENCE E MERRILL  - RETAINED
LAWRENCE E MERRILL ESQ
21 MAIN STREET

BANGOR ME 04401

Attorney for: QUEEN CITY REAL ESTATE AND
INSURANCE AGENCY I
MICHAEL RAIR  - RETAINED
LAW OFFICE OF MICHAEL L. RAIR
43 COLUMBIA STREET SUITE ONE
PO BOX 2580
BANGOR ME 04402-2580

PELL MULL LLC - DEFENDANT

Attorney for: PELL MULL LLC
LAWRENCE E MERRILL  - RETAINED
LAWRENCE E MERRILL ESQ
21 MAIN STREET

BANGOR ME 04401

Attorney for: PELL MULL LLC
MICHAEL RAIR  - RETAINED
LAW OFFICE OF MICHAEL L. RAIR
43 COLUMBIA STREET SUITE ONE
PO BOX 2580
BANGOR ME 04402-2580

**DOCKET RECORD**

Re-Trial set
for 12/1, 12/2